Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger Anderson,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>            Defendant. | No. 2:14-cv-00708-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, September 10, 2014, to file the Motion for Summary Judgment.

   IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  8/08/14                                   / s / Joseph C. Fraulob          
                                                  Joseph Fraulob
                                                  Attorney for Plaintiff

Dated:  8/08/14                                   / s / Sharon Lahey               
                                                  Carolyn B. Chen
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: August 11, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
anderson0708.stip.eot.ord.doc