Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger Anderson,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>        Defendant. | No. 2:14-cv-00708-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Friday, October 10, 2014, to file the Motion for Summary Judgment.

   IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  9/10/14                    / s / Joseph C. Fraulob
                                   Joseph C. Fraulob
                                   Attorney for Plaintiff

Dated:  9/10/14                    / s / Sharon Lahey
                                   Sharon Lahey
                                   Special Assistant U.S. Attorney
                                   Attorney for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: September 11, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
anderson0708.stip.eot2.ord.doc