1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
   Chief, Civil Division
4  SHARON LAHEY
   Special Assistant United States Attorney
5          160 Spear Street, Suite 800
           San Francisco, California  94105
6          Telephone: 415-977-8963
           Facsimile: 415-744-0134
7          E-Mail: Sharon.Lahey@ssa.gov
8
9  Attorneys for Defendant

10                  **UNITED STATES DISTRICT COURT**

11                  **EASTERN DISTRICT OF CALIFORNIA**

12                         **SACRAMENTO DIVISION**

13

14  ROGER L. ANDERSON,                )   No. 2:14-cv-00708-DAD
                                      )
15         Plaintiff,                 )   STIPULATION AND ORDER FOR AN
                                      )   EXTENSION OF TIME
16     vs.                            )
                                      )
17  CAROLYN W. COLVIN,                )
    Acting Commissioner of Social Security, )
18                                    )
           Defendant.                 )
19  _____    )

20

21         IT IS HEREBY STIPULATED, by and between the parties, through their respective

22  counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be

23  extended from October 10, 2014 to November 10, 2014.  This is Defendant's first request for an

24  extension of time to respond to Plaintiff's Motion for Summary Judgment.  Defendant requests

25  this extension so that she may continue to consider the potential settlement of the above-

26  captioned matter.

27  / / /

28

STIP. & PROP. ORDER FOR EXT.; 2:14-CV-00708-DAD

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  October 10, 2014          /s/ *Joseph C. Fraulob*
JOSEPH C. FRAULOB
(As authorized on October 10, 2014)

Attorneys for Plaintiff

Dated: October 10, 2014          BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVETRT
Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/  *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  October 14, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\anderson0708.stip.eot.ord.docx

STIP. & PROP. ORDER FOR EXT.; 2:14-CV-00708-DAD

2